# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kenney , Brian F. | Bankruptcy - Eastern District of Virginia | 05/14/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

200 South Washington St.
Alexandria, VA 22314

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Executive Committee | Walter Chandler Inn of Court |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2012 | Miles & Stockbridge 401(K) Plan |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/14/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Miles & Stockbridge, P.C. - Final payment of deferred compensation earned prior to appointment as judge. | $48,096.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Willard Associates |
| 2. | 2012 | Trade Center Management Assoc, LLC |
| 3. | 2012 | Marriott Int'l, agent for Ritz Carlton Hotel Co., LLC |
| 4. | 2012 | Portals Hotel Site, LLC, for Mandarin Oriental |
| 5. | 2012 | D.C. Dept. of Employment Services |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Tidewater Bankruptcy Bar Ass'n | 2/9/2012-2/10/2012 | Virginia Beach, VA | Presentation at continuing legal education seminar | Hotel (1 night) |
| 2. | Maryland Bankruptcy Bar Ass'n | 5/4/2012-5/5/2012 | Annapolis, MD | Presentation at continuing legal education seminar | Hotel (1 night) |
| 3. | Mid-Atlantic Institute on Bankruptcy | 9/13/2012-9/15/2012 | Charlottesville, VA | Presentation at continuing legal education seminar | Hotel (1 night) |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/14/2013 |

5. _____  _____  _____  _____  _____

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/14/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo Bank, N.A. | Mortgage on Investment Property, Springfield, VA | M |
| 2. | Bank of America, N.A. | Revolving Credit Accounts | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kenney , Brian F. | 05/14/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America - Money Market Savings | A | Interest | J | T | | | | | |
| 2. BB&T - Money Market Savings | A | Interest | L | T | | | | | |
| 3. Virginia Commerce Bank - Money Market Savings | A | Interest | K | T | | | | | |
| 4. Virginia Commerce Bank - CD | A | Interest | L | T | | | | | |
| 5. Miles & Stockbridge 401k (SunTrust 2025 Fund) | D | Int./Div. | O | T | | | | | |
| 6. Rental Property, Springfield, VA (Rental Income - ▮▮▮ ) | E | Rent | M | W | | | | | |
| 7. Investment Property, Mendoza, Argentina (No rental income) | | None | L | W | | | | | |
| 8. 529 Account, American Funds - #1 See Part VIII | A | Dividend | J | T | | | | | |
| 9. 529 Account, American Funds - #2 See Part VIII | A | Dividend | J | T | | | | | |
| 10. 529 Account, American Funds - #3 See Part VIII | A | Dividend | J | T | | | | | |
| 11. 529 Account, American Funds - #4 See Part VIII | A | Dividend | J | T | | | | | |
| 12. 529 Account, American Funds - #5 See Part VIII | A | Dividend | J | T | | | | | |
| 13. Captial One -CD | A | Interest | M | T | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/14/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 8, 9, 10, 11 and 12: Each of the 529 Accounts with American Funds #1, #2, #3, #4, and #5 are each invested in: (i) New Perspective Fund - 529A; (ii) Capital World Growth and Income - 529A; (iii) Washington Mutual Investors Fund - 529A; (iv) American Balanced Fund - 529A; and (v) The Bond Fund of America - 529A.

Springfield, VA, rental property - all rental income is deposited to      account.

| Name of Person Reporting | Date of Report |
|---|---|
| Kenney , Brian F. | 05/14/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Brian F. Kenney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544